# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Victor Joe Potter, | Case No.: 2:19-cv-01875-JAD-VCF |
| Petitioner | |
| v. | **Order Screening Amended Petition and Directing Service on the Respondents** |
| Brian Williams, | |
| Respondent | |

This is a federal habeas proceeding in which petitioner challenges his Nevada state conviction for theft of scrap metal. In a previous order, the court screened petitioner's initial habeas petition under by Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Finding that the petition was plagued with problems, the court directed petitioner to file an amended habeas petition to correct the defects.[2] Petitioner complied with that order by filing an amended petition on January 8, 2020.[3] The court now finds that the amended petition meets threshold pleading standards and orders the petition served upon the respondents for response.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to:

- **FILE and ELECTRONICALLY SERVE** the amended petition (ECF No. 8) on the respondents; and

- **ADD** Aaron D. Ford, Nevada Attorney General, as counsel for respondents.

IT IS FURTHER ORDERED that **respondents must answer or otherwise respond to the petition by April 20, 2020. Petitioner will have 60 days from service of the answer to**

---

[1] ECF No. 5.
[2] *Id.*
[3] ECF No. 8.

**file and serve his reply (if respondents answer) or a response to a motion to dismiss (if they file a motion to dismiss instead of an answer).** If respondents file a motion to dismiss, respondents will have 30 days after service of petitioner's response to the motion to dismiss to file a reply.

IT IS FURTHER ORDERED that any additional state-court record exhibits filed in this case by either party must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed must be identified by the number or numbers of the exhibits in the attachment**.** The hard copy of any additional state-court record exhibits for this case must be forwarded to the staff attorneys in **Reno**.

Dated: February 18, 2020

_____
U.S. District Judge Jennifer A. Dorsey