UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Victor Joe Potter,

    Petitioner

v.

Brian Williams, et al.,

    Defendants

Case No.: 2:19-cv-01875-JAD-VCF

**Order Granting Motions to Enlarge Time to Respond to Petition**

[ECF Nos. 11, 12]

    Respondents have filed two motions to extend their deadline to respond to Victor Joe Potter's petition for writ of habeas corpus—first to May 20, 2020,[1] and then to July 20, 2020,[2] based on workplace challenges caused by the Coronavirus pandemic. Good cause appearing, IT IS HEREBY ORDERED that the motions **[ECF Nos. 11, 12] are GRANTED.**[3] **Respondents' deadline to respond to the petition is extended to July 20, 2020.** In light of the imminent reopening of state offices, IT IS FURTHER ORDERED that Coronavirus challenges alone will not constitute good cause for a third extension of this deadline.

    Dated: May 27, 2020

                                                    _____
                                                    U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 11.

[2] ECF No. 12.

[3] The first motion to extend the deadline to May 20, 2020, is granted *nunc pro tunc* to the original deadline of April 20, 2020.