**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Victor Joe Potter,<br><br>  Petitioner<br><br>v.<br><br>Brian Williams,<br><br>  Respondent | Case No.: 2:19-cv-01875-JAD-VCF<br><br>**Order Directing Petitioner to File and Serve Response to Motion to Dismiss by November 30, 2020** |

  This is a federal habeas proceeding under 28 U.S.C. § 2254 in which petitioner filed an amended habeas petition on January 7, 2020.[1] After requesting several extensions of time, respondents filed a motion to dismiss the petition on July 30, 2020.[2] Under the court's scheduling order, petitioner's response to the motion to dismiss was due on September 28, 2020.[3]

  Petitioner has not filed a response to the motion or requested an extension of time within which to do so. Considering the extensions granted to respondents, the court *sua sponte* grants petitioner until November 30, 2020, to file his response. If petitioner does not file a response by November 30, 2020, the court will grant respondents' motion and dismiss this case.[4]

  **IT IS THEREFORE ORDERED** that **petitioner has until November 30, 2020, to file and serve a response to respondents' motion to dismiss** (ECF No. 16). **If he fails to do so,**

---

[1] ECF No. 8.

[2] ECF No. 16.

[3] ECF No. 9.

[4] *See* Local Rule 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.").

**the court will construe his silence as consent to grant the motion to dismiss, and this action will be dismissed without further prior notice.** In all other respects, the court's order of February 18, 2020, (ECF No. 9) governs the scheduling of these proceedings.

Dated: October 29, 2020

_____
U.S. District Judge Jennifer A. Dorsey